1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                          EASTERN DISTRICT OF CALIFORNIA
8
9   JASON GERAY,                              1:21-cv-00593-HBK (PC)
10              Plaintiff,
                                              ORDER TO SUBMIT APPLICATION
11        v.                                  TO PROCEED IN FORMA PAUPERIS
                                              OR PAY FILING FEE WITHIN 45 DAYS
12  BRIAN CATES, et al.,
13              Defendant.
14

15        Plaintiff is a state prisoner proceeding *pro se* on his civil rights complaint pursuant to 42

16  U.S.C. § 1983. (Doc. No. 1). Plaintiff has not paid the $402.00 filing fee or filed an application

17  requesting to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order to proceed with

18  this case, plaintiff must either pay the requisite filing fee, or file a complete motion for leave to

19  proceed *in forma pauperis*.

20        Accordingly, it is ORDERED:

21        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22  attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

23  pay the $402.00 filing fee for this action. **No requests for extension will be granted without a**

24  **showing of good cause. Failure to comply with this order will result in dismissal of this**

25  **action.**

26
27
28
                                            1

IT IS SO ORDERED.

Dated:   April 9, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE