UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br><br>             Plaintiff,<br><br>      v.<br><br>BRIAN CATES and K. NOUWELS,<br><br>             Defendants. | Case No.  1:21-cv-00593-JLT-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VIEW RESTRICTED MAGAZINE AND CONTESTED IMAGE<br><br>(Doc. No.  22) |

Pending before the Court is the pro se Plaintiff's motion to view a restricted magazine and image. (Doc. No. 22).  On August 1, 2023, the Court screened Plaintiff's Complaint finding it failed to state a cognizable First Amendment claim. (Doc. No. 23, "Screening Order").  While Plaintiff has a procedural due process right to have an official's decision to restrict a publication reviewed, the Court is not aware of any binding precedent that gives Plaintiff a right to view the restricted magazine to contest its restriction.

Accordingly, it is **ORDERED**:

Plaintiff's motion to view restricted magazine and contested image (Doc. No. 22) is DENIED.

Dated:   August 4, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE