# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br><br>                    Plaintiff,<br><br>         v.<br><br>BRIAN CATES and K. NOUWEIS,<br><br>                    Defendants. | Case No.  1:21-cv-0593 JLT HBK<br><br>ORDER ADOPTING FINDNGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 28) |

Jason Geray seeks to hold the defendants liable for violating his civil rights after he was not permitted to receive a magazine called "Show Black Lingerie" while incarcerated at Tehachapi State Prison.  (Doc. 1.)  After Plaintiff was released from prison, the magistrate judge directed Plaintiff to pay the remainder of his filing fee or file a renewed motion to proceed *in forma pauperis.*  (Doc. 27.)  The magistrate judge found Plaintiff failed to take either action, and recommended the action be dismissed for Plaintiff's failure to prosecute and failure to obey the Court's order.  (Doc. 28.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (Doc. 28 at 8.)  However, the USPS returned the Findings and Recommendations as "Undeliverable, Unable to Forward" on October 26, 2023.  To date, Plaintiff has not paid the filing fee, filed a motion to proceed *in forma pauperis*, or filed a notice of change of address as required by Local Rule 183(b).

According to 28 U.S.C. § 636(b)(1)(C), the Court performed a de novo review of this case. Having carefully reviewed the entire action, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Plaintiff has failed to prosecute this action, failed to obey the Court's order, and failed to comply with the Local Rules requiring him to keep the Court apprised of a current address. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on October 16, 2023 (Doc. 28) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 10, 2024**

UNITED STATES DISTRICT JUDGE

2